# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

MARY ELLEN CHARTERS ,

_____ .

(Enter full name of Plaintiff(s))

vs.

CASE NO: D-FLN 3-11-CV000384-001
(To be assigned by Clerk)

CITIBANK (South Dakota), N.A. ,
ZAKHEIM & LAVRAR, PA ,
SCOTT ZAKHEIM ,
FLYNN LAVRAR ,
Michelle Nihiser .

Richard Battaglino, ET:AL

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed 0822'11UsDcFln3AM1131

## I. PLAINTIFF:
State your full name and full mailing address in the lines below.

Name of Plaintiff: MARY ELLEN CHARTERS
Mailing address: 3101 E Mallory St
Pensacola, Florida 32503

## II. DEFENDANT(S):
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: CitiBank (South Dakota), N.A
   Official position:
   Employed at:
   Mailing address: 701 East 60th Street North
   Sioux Falls, SD 57117

(2) Defendant's name: Zakheim & Laurar, PA
   Official position: Attorney for the Defense
   Employed at:
   Mailing address: 1045 South University Drive Suite 202
   Plantation, Fl 33324

(3) Defendant's name: Scott Zakheim
   Official position: Attorney
   Employed at: Zakheim & Laurar
   Mailing address: 1045 So. University Dr. Suite 202
   Plantation, Florida 33324

   Michele Nisher
   Attorney
   Zakheim & Laurar
   1045 So University Dr
   Suite 202
   Plantation, Fl 33324

(4) Defendant's name: Flynn Laurar
   Official position: Attorney
   Employed at: Zakheim & Laurar
   Mailing address: 1045 So. University Dr. Suite 202
   Plantation, Florida 33324

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

## III.     STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

See the Case

## IV.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

_SEE the CASE_

## V.   RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

_SEE THE CASE_

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

_8/18/2011_
(Date)

_Mary Ellen Charter_
(Signature of Plaintiff)

Revised 07/02

4



Ms. Mary Ellen Charters
3101 E Mallory St
Pensacola, FL 32503-6242



PENSACOLA FL 325
19 AUG 2011 PM 3 T

U.S. District Court Clerk
Northern District of Florida
One North Palafox St
Pensacola, Florida 32502

32502+5658