IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY ELLEN CHARTERS,
    Plaintiff,

v.                                                    Case No. 3:11cv384/MCR/CJK

CITIBANK SOUTH DAKOTA N.A., et al.,
    Defendants.

---

## **ORDER**

    I hereby recuse myself from this matter. The clerk shall reassign this case to United States Magistrate Judge Elizabeth M. Timothy, and change the docket to reflect the reassignment, as follows: 3:11cv384/MCR/EMT.

    DONE AND ORDERED this 25th day of August, 2011.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE