IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY ELLEN CHARTERS,
      Plaintiff,

vs.                          Case No.: 3:11cv384/MCR/EMT

CITIBANK SOUTH DAKOTA, N.A., et al.,
      Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 15, 2011 (doc. 19).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

      Having considered the Report and Recommendation, and the record, the court has determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    Plaintiff's Motion for Voluntary Dismissal (doc. 18) is **GRANTED** and Citibank South Dakota, N.A. is dismissed as a party to this action.

      3.    The motion to dismiss filed by Citibank (doc. 10) is **DENIED as moot**.

      **DONE AND ORDERED** this 13th day of January, 2012.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**